| | |
|---|---|
| Law Office of Rafal A. Gorski<br>10116 36TH Ave CT SW, Suite 206<br>Lakewood, WA 98499 | **JUDGE** Mary Jo Heston<br>Chapter: 13<br>Hearing Location: Tacoma<br>Hearing Date: 02-26-19<br>Hearing Time: 1:00 p.m.<br>Response Date: 02-19-19 |

**IN THE U.S. BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT TACOMA**

| | |
|---|---|
| IN RE:<br>HEATHER JEAN ELSIE LINCOLN BENEDICT;<br>       Debtor. | Chapter 13<br>**NO. 18-43283**<br>NOTICE and MOTION FOR ORDER APPROVING MOTION TO WITHDRAW AS ATTORNEY |

### 1. NOTICE

TO: The Clerk of the Above-Entitled Court AND TO: All creditors and the Chapter 13 Trustee

YOU ARE HEREBY NOTIFIED that a hearing on Debtor's Motion to Withdraw as Attorney and Notice of Hearing will be heard before The Honorable Mary Jo Heston on:
    Hearing Date: 02-26-19
    Hearing Time: 1:30 p.m.

If you choose to respond to this motion, you must do so by **02-19-19** by serving a copy of your response on Debtors' counsel and on the U.S. Trustee. If you fail to do so, the Court may enter an order granting the motion without any hearing and without any further notice to you.

### 2. MOTION

COMES NOW Debtor(s), HEATHER JEAN ELSIE LINCOLN BENEDICT, by and through his attorney, Rafal A. Gorski, and moves this Court for an Order allowing Rafal A. Gorski to withdraw as her attorney.

The reasons for the withdrawal are as follows:
1. **Debtor has requested that I withdraw from representing her in this case. The debtor intends to initially represent her interest in this case. However, she has informed me that she is looking for new representation.**
2. **The Chapter 13 Trustee has agreed to continue all hearing until my withdrawal is approved.**

/
/
/

NOTICE and MOTION FOR ORDER APPROVING MOTION TO WITHDRAW AS ATTORNEY, Page 1

The Law Office of Rafal A. Gorski
Attorney-at-Law
10116 36th Avenue CT SW, Suite 206 • Lakewood, WA 98499
Telephone (253)583-9323 • Fax (253) 583-9322

The last known address for:
1. HEATHER JEAN ELSIE LINCOLN BENEDICT is confidential, and the same as the service address listed in her petition.

Rafal A. Gorski, Debtors(s)' attorney, hereby moves the court for an Order authorizing his withdrawal as attorney of record. The debtor no longer wants to be represented by my office.

DATE:_ January 30, 2019

Presented by
____/s/ Rafal A. Gorski_____
Rafal A. Gorski, attorney for the debtor, WSBA # 28834

NOTICE and MOTION FOR ORDER APPROVING MOTION TO WITHDRAW AS ATTORNEY, Page 2

The Law Office of Rafal A. Gorski
Attorney-at-Law
10116 36th Avenue CT SW, Suite 206 • Lakewood, WA 98499
Telephone (253)583-9323 • Fax (253) 583-9322