Motion Prepared and Submitted by the following **UNREPRESENTED DEBTOR:**

Name: Heather J.E.L. Benedict

Address: 1037 NE 65th Street #81366

Seattle, WA 98115

Phone No.: (253) 209-7434

Filed 25 APR 2019 am 9:38
USBC WAWB TACOMA WA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

In re:
Heather Jean Elsie Lincoln Benedict

Debtor(s).

Bankruptcy Number 18-43283 -MJH

Chapter 13

**MOTION TO** CONFIRM AMENDED PLAN

The Debtor(s) hereby move(s) the Court for an Order to Approve Amended Plan,

for the following reasons:

1. My plan is proposed in good faith and have enough income to afford plan payments.

2. I am on time with plan payments.

3. I have provided all supporting documents Trustee has required.

Dated this 6th day of April, 20 19

*Heather J. E.L. Benedict*
Unrepresented Debtor

Certificate of Service:

I certify that on April 6, 2019, I mailed a copy of the foregoing Motion and Notice of Hearing to the following parties:

All parties on the attached mailing matrix.

Mr. Jason Wilson-Aquilar

600 University Street, Suite 1300

Seattle, WA 98101
Trustee

F. Hunter MacDonald, Creditor

4505 Pacific Hwy E Ste A

Tacoma, WA, 98424
¹ Creditor

*Heather J. E. L. Benedict*
Unrepresented Debtor